IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>    Plaintiff,<br><br>v.<br><br>LANCE TRIMBLE, an individual and VANGUARD INTERACTIVE MEDIA, an expired Utah limited liability company,<br><br>    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:17-cv-13<br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on August 24, 2018, recommending (1) that Plaintiff's motion for default judgment be granted and entering judgment against Defendants and in favor of Xmission in the amount of $372,240.00; and (2) that an injunction be entered prohibiting Defendants from sending, or causing to be sent, any email messages to Xmission and its customers.

The parties were notified of their right to file objections to the Report and

1

Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby:

(1) GRANTS Plaintiff's motion for default judgment and enters judgment against Defendants and in favor of Xmission in the amount of $372,240.00 in damages; and

(2) Enters and injunction against Defendants in this case, prohibiting Defendants from sending, or causing to be sent, any email messages to Xmission and its customers.

IT IS SO ORDERED.

Dated this 16th day of October, 2018.

_____
Dee Benson
United States District Judge